IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEPOSITORS INSURANCE COMPANY )
(A SUBSIDIARY OF NATIONWIDE )
INSURANCE) AS SUBROGEE OF )
MICHAEL AND MELISSA UNGER, )
                              )
     Plaintiff,                       )   No. 08-135-WDS
                              )
vs.                                 )   Madison County, IL No. 08-L-37
                              )
HAMILTON BEACH/PROCTOR-SILEX, )
INC.,                            )
                              )   **DEFENDANT DEMANDS**
     Defendant.             )   **TRIAL BY JURY**

## *NOTICE OF FILING NOTICE OF REMOVAL*

TO:   The above-named plaintiff and its attorney, Matthew C. Zittel

YOU ARE HEREBY NOTIFIED that defendant Hamilton Beach/Proctor-Silex, Inc. has filed its Notice of Removal in the United States District Court for the Southern District of Illinois, a copy of which is attached hereto.

                                                    _____
                                                    William S. Thomas   #6227180
                                                    Nicholas B. Bunnell   #6291433
                                                    Attorney for Defendant
                                                    RABBITT, PITZER & SNODGRASS, P.C.
                                                    100 South Fourth Street, Suite 400
                                                    St. Louis, Missouri 63102-1821
                                                    (314) 421-5545
                                                    (314) 421-3144 (Fax)

00400421.DOC;1

Dockets.Justia.com

## AFFIDAVIT OF SERVICE

I, the undersigned, certify that copy of the foregoing has been electronically served on all counsel of record via the Court's CM/ECF system, or U.S. mail for parties not registered with CM/ECF, on this 22 day of February, 2008.

    Mr. Matthew C. Zittel
    5 Park Place Professional Centre
    Belleville, Illinois 62226

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

_____

A copy of the above Notice and of the attached Notice of Removal filed in the Circuit Court of Madison County, Illinois, this 22 day of February, 2008.

_____
Clerk of the Circuit Court

2