IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY (A SUBSIDIARY OF NATIONWIDE INSURANCE) AS SUBROGREE OF MICHAEL AND MELISSA UNGER,<br><br>Plaintiff,<br><br>vs.<br><br>HAMILTON BEACH/PROCTOR-SILEX, INC.,<br><br>Defendant. | Case No.: 08-125-WDS<br><br>**DEFENDANT DEMANDS TRIAL BY JURY** |

## *DEFENDANT'S DEMAND FOR BILL OF PARTICULARS*

COMES NOW defendant Hamilton Beach/Proctor-Silex, Inc., by and through counsel, and pursuant to 735 ILCS 5/2-607, hereby makes demand upon plaintiff for a Bill of Particulars, as set forth more fully below.

1. With respect to Paragraph 7 of the Allegations Common to All Counts, please identify the specific basis for the allegation that the subject fire was "caused" by the subject Hamilton Beach toaster oven.

   **RESPONSE:**

2. With respect to Paragraph 20 of Count II, please identify specifically how the subject toaster oven was "unreasonably dangerous and defective."

   **RESPONSE:**

Dockets.Justia.com

3. With respect to Paragraph 22 of Count III, please identify specifically how the subject toaster oven was "an unreasonably dangerous product as manufactured by defendant."

**RESPONSE:**

_____
William S. Thomas   #6227180
Nicholas B. Bunnell   #6291433
Attorney for Defendant
RABBITT, PITZER & SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

## AFFIDAVIT OF SERVICE

I, the undersigned, certify that copy of the foregoing has been electronically served on all counsel of record via the Court's CM/ECF system, or U.S. mail for parties not registered with CM/ECF, on this 25 day of February, 2008.

    Mr. Matthew C. Zittel
    5 Park Place Professional Centre
    Belleville, Illinois 62226

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.



_____