IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DEPOSITORS INSURANCE COMPANY (a )
subsidiary of NATIONWIDE INSURANCE) )
as subrogee of MICHAEL and MELISSA UNGER, )
)
Plaintiff, ) Case No. 3:08-cv-00125-WDS-DGW
)
v. )
)
HAMILTON BEACH/PROCTOR-SILEX, INC., )
)
Defendant. )

## ORDER

IT IS ORDERED that, the fee having been paid, Stuart M. Brody of Sneckenberg, Thompson, & Brody, LLP, 161 N. Clark Street, Suite 3575, Chicago, IL, 60601, (312) 782-9320, is hereby admitted to practice pro hac vice (for this case only) before the United States District Court for Southern District of Illinois, as attorney for plaintiff, Depositors Insurance Company a/s/o of Michael and Melissa Unger.

BY ORDER OF THIS COURT,

Date: 3/3/2008

NORBERT G. JAWORSKI

~~Honorable Judge~~ CLERK

By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

FILED
09 MAR -3 PM 2:07

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IL
EAST ST. LOUIS OFFICE

DEPOSITORS INSURANCE COMPANY (a )
subsidiary of NATIONWIDE INSURANCE) )
as subrogee of MICHAEL and MELISSA UNGER, )
)
Plaintiff, )   Case No. 3:08-cv-00125-WDS-DGW
)
v. )   Honorable Judge Stiehl
)
HAMILTON BEACH/PROCTOR-SILEX, INC., )
)
Defendant. )

## MOTION TO APPEAR PRO HAC VICE

NOW COMES Counsel, Stuart M. Brody, pursuant to Local Rule 83.1 (b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of plaintiff, Depositors Insurance Company a/s/o Michael and Melissa Unger, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois.

2. That movant is a member of good standing in the Bars as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

WHEREFORE, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

Respectfully submitted,

_____
Stuart M. Brody
Sheckenberg, Thompson, & Brody, LLP
161 N. Clark Street; Suite 3575
Chicago, IL 60601
(312) 782-9320
Attorneys for plaintiff, Depositors Insurance Company
a/s/o Michael and Melissa Unger

## PROOF OF SERVICE

I hereby certify that on  3/3/2008 , a copy of the attached document was mailed, First Class, postage prepaid, to the following:

Douglas K. Dieterly, Esq.
Barnes & Thornburg, LLP
600 First Source Bank Center
100 North Michigan Avenue
South Bend, Indiana 46601-1632
Phone No. (574) 237-1130
Fax No. (574) 237-1125
E-Mail: doug.dieterly@btlaw.com


Matthew C. Zittel
NEVILLE, RICHARDS & WULLER, LLC
5 Park Place Professional Centre
Belleville, IL 62226-0070
(618) 277-0900; Fax: (618) 277-0970
mzittel@nrw-law.com

_____
Stuart M. Brody