IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# Notice of Striking
## IN ELECTRONICALLY FILED DOCUMENTS

DATE:   3/6/08

CASE NO. : 08-125-WDS          CASE NAME: Depositors Ins. Co. v Hamilton Beach et al

DOCUMENT NO.: 5          DOCUMENT TITLE: Response

One of the following errors/deficiencies has been identified in the document listed above:

☒    Certificate of Service is not dated or signed.

### ACTION TAKEN BY CLERK'S OFFICE

☒    Other: Docket entry "STRICKEN" as ordered by the Court.

### ACTION REQUIRED BY FILER

☒    Other: The filer needs to serve each party in this case with a copy of the Response

☒    Document must be re-filed with a completed certificate of service

          Norbert G. Jaworski
          Clerk of Court

          By:__s/Tamra Baugh_____
          Deputy Clerk