# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

DEPOSITORS INSURANCE COMPANY (a )
subsidiary of NATIONWIDE INSURANCE) )
as subrogee of MICHAEL and MELISSA UNGER, )
                                )
         Plaintiff,          ) Case No.  3:08-cv-00125-WDS-DGW
                                )
        v.                 ) Honorable Judge Stiehl
                                )
HAMILTON BEACH/PROCTOR-SILEX, INC.,   )
                                )
         Defendant.         )

## PLAINTIFF'S RESPONSE TO THE DEFENDANT'S DEMAND FOR BILL OF PARTICULARS

NOW COMES the Plaintiff, Depositors insurance Company a/s/o Michael and Melissa Unger, by and through counsel and pursuant to 735 ILCS 5/2-607, and for its Response to Defendant's demand for Bill of Particulars, states as follows:

1.     With respect to Paragraph 7 of the Allegations Common to All Counts, please identify the specific basis for the allegation that the subject fire was "caused" by the subject Hamilton Beach toaster oven.

     **RESPONSE**:  The scene, evidence, artifacts and fire burn patterns indicate that the fire originated at and within the subject toaster over.  Also, the opinions of our experts are consistent in that regard indicating that the toaster malfunctioned.

2.     With respect to Paragraph 20 of Count II, please identify specifically how the subject toaster oven was "unreasonably dangerous and defective."

     **RESPONSE:** Since the evidence indicates that the toaster oven malfunctioned, and thereby caused the fire, it is axiomatic that the product was "unreasonably dangerous and defective."

Depositors Insurance Company v. Hamilton Beach/Proctor-Silex, Inc.        Doc. 8

Dockets.Justia.com

3. With respect to Paragraph 22 of Count III, please identify specifically how the subject toaster oven was "an unreasonably dangerous product as manufactured by defendant."

**RESPONSE:** There is no apparent dispute that the product was manufactured by the Defendant, and since the evidence indicates that the toaster oven malfunctioned, and thereby caused the fire, it is axiomatic that the product was "unreasonably dangerous and defective."

Respectfully submitted,

/s/ Stuart M. Brody

Stuart M. Brody
Sneckenberg, Thompson, & Brody, LLP
161 N. Clark Street
Suite 3575
Chicago, IL 60601
Phone No. (312) 782-9320
E-Mail: smb@stbtrial.com
Attorneys for the Plaintiff, Depositors Insurance Company
a/s/o Michael and Melissa Unger

## PROOF OF SERVICE

I hereby certify that on March 10th, 2008, a copy of the attached document was mailed, First Class, postage prepaid, to the following:

William S. Thomas (#6227180)
Nicholas B. Bunnell (#6291433)
RABBITT, PITZER & SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
Phone No. (314) 421-5545
Fax No. (314) 421-3144

Matthew C. Zittel
NEVILLE, RICHARDS & WULLER, LLC
5 Park Place Professional Centre
Belleville, IL 62226-0070
(618) 277-0900; Fax: (618) 277-0970
mzittel@nrw-law.com

/s/ Stuart M. Brody

Stuart M. Brody