# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEPOSITORS INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CAUSE NO. 08-125-WDS** |
| | ) |
| **HAMILTON BEACH/PROCTOR-SILEX, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## O R D E R

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: March 17, 2008.**

                                       **s/ WILLIAM D. STIEHL**
                                           **DISTRICT JUDGE**

Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Cause No. 08-125-DRH.