# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

DEPOSITORS INSURANCE COMPANY (a    )
subsidiary of NATIONWIDE INSURANCE)    )
as subrogee of MICHAEL and MELISSA UNGER, )

          Plaintiff,        )   Case No.  3:08-cv-00125-WDS-DGW

      v.               )   Honorable Judge Herndon

HAMILTON BEACH/PROCTOR-SILEX, INC.,   )

          Defendant.    )

## PLAINTIFF'S RESPONSE/ANSWERS TO THE AFFIRMATIVE DEFENSES

NOW COMES the Plaintiff, Depositors Insurance Company a/s/o Michael and Melissa Unger, by and through its attorneys, SNECKENBERG, THOMPSON & BRODY, LLP, and hereby submits this Response/Answers to the Affirmative Defenses filed by the Defendant, as follows:

1.      Plaintiff denies the allegations contained in Affirmative Defense No. 1.

2.      No response or answer is required by Affirmative Defense No. 2.

3.      Plaintiff denies the allegations contained in Affirmative Defense No. 3.

4.      Plaintiff denies the allegations contained in Affirmative Defense No. 4, and further states that the Plaintiff's insured/subrogor was not contributorily negligent in any manner, and Defendant's liability and damages should not be reduced in any amount whatsoever, and that Defendant is fully liable for the damages herein.

5.      Plaintiff denies the allegations contained in Affirmative Defense No. 5, and further states that the Plaintiff's insured/subrogor was not contributorily negligent in any manner, and Defendant's liability and damages should not be reduced in any amount whatsoever, and that Defendant is fully liable for the damages herein.

Depositors Insurance Company v. Hamilton Beach/Proctor-Silex, Inc.

6.      Plaintiff denies the allegations contained in Affirmative Defense No. 6.

7.      Plaintiff denies the allegations contained in Affirmative Defense No. 7.

8.      Plaintiff denies the allegations contained in Affirmative Defense No. 8.

9.      Plaintiff denies the allegations contained in Affirmative Defense No. 9.

10.      Plaintiff denies the allegations contained in Affirmative Defense No. 10.

11.      No response or answer is required by Affirmative Defense No. 11, and Plaintiff further states that all pertinent artifacts and evidence were retained and have been maintained in accordance with the applicable NFPA standards.

12.      No response or answer is required by Affirmative Defense No. 12.

Respectfully submitted,

/s/ Stuart M. Brody

_____

Stuart M. Brody
Sneckenberg, Thompson, & Brody, LLP
161 N. Clark Street
Suite 3575
Chicago, IL 60601
Phone No. (312) 782-9320
E-Mail: smb@stbtrial.com
Attorneys for the Plaintiff, Depositors Insurance Company
a/s/o Michael and Melissa Unger

### PROOF OF SERVICE

I hereby certify that on March 19th, 2008, a copy of the attached document was mailed, First Class, postage prepaid, to the following:

William S. Thomas (#6227180)
Nicholas B. Bunnell (#6291433)
RABBITT, PITZER & SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
Phone No. (314) 421-5545
Fax No. (314) 421-3144

Matthew C. Zittel
NEVILLE, RICHARDS & WULLER, LLC
5 Park Place Professional Centre
Belleville, IL 62226-0070
(618) 277-0900; Fax: (618) 277-0970
mzittel@nrw-law.com

/s/ Stuart M. Brody

_____
Stuart M. Brody