**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY (a subsidiary of NATIONWIDE INSURANCE) as subrogee of MICHAEL and MELISSA UNGER, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 3:08-cv-00125-DRH-DGW |
| v. | )<br>)<br>) |
| HAMILTON BEACH/PROCTOR-SILEX, INC., | )<br>) |
| Defendant. | ) |

## MEMORANDUM FOR RETURN OF SERVICE

Now comes, plaintiff, Depositors Insurance Company a/s/o Michael and Melissa Unger, by and through its attorneys, Neville, Richards & Wuller, LLC, and hereby files a Return of Service on Hamilton Beach/Proctor-Silex, Inc., in connection with the above referenced matter.

Respectfully Submitted,

NEVILLE, RICHARDS & WULLER, LLC

　　　/s/ Matthew C. Zittel　　　
Matthew C. Zittel #06244183
5 Park Place Professional Centre
Belleville, IL 62226
(618) 277-0900 Fax (618) 277-0970
Attorneys for Depositors Insurance Co.
a/s/o Michael & Melissa Unger

```
TYPE LAW            SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS    DISTRICT 010
                                                                 STROM 3696-
```

SHERIFF'S NUMBER 004206-001D CASE NUMBER 2008L000037 DEPUTY:_____

FILED DT 01-17-2008 RECEIVED DT 02-06-2008 DIE DT 02-15-2008 MULTIPLE SERVICE   1
    DEFENDANT                                          ATTORNEY
HAMILTON BEACH/PROCTOR SILEX INC.                      MATTHEW C. ZITTEL/NEVILLE RICH
208 S LA SALLE ST                                      5 PARK PLACE PROF. CENTRE
CHICAGO IL. 60604                                      BELLEVILLE IL. 62226
SUITE 814                                              618 277-0900
PLAINTIFF DEPOSITORS INSURANCE COMP

SERVICE INFORMATION: CF   C/O CT CORPORATION SYSTEM

**FOREIGN**

*************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
...X.3 SERVICE ON: CORPORATION _X_COMPANY___BUSINESS___PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _____STROM_____, DEPUTY 3696-

     1 SEX  M/F   RACE W   AGE 60
     2 NAME OF DEFENDANT HAMILTON BEACH/PROCTOR SILEX INC.
         WRIT SERVED ON  D. SCHULZ A.P.

     THIS  11  DAY OF FEB , 2008 TIME 12:00 A.M./P.M.

     ADDITIONAL REMARKS _____

*************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

  TYPE OF BLDG _____                   ATTEMPTED SERVICES

  NEIGHBORS NAME _____       DATE          TIME  A.M./P.M.

     ADDRESS _____            _____    ___:___ ___

         REASON NOT SERVED:             _____    ___:___ ___
                   ___07 EMPLOYER REFUSAL
  ___01 MOVED      ___08 RETURNED BY ATTY         _____    ___:___ ___
  ___02 NO CONTACT ___09 DECEASED
  ___03 EMPTY LOT  ___10 BLDG DEMOLISHED          _____    ___:___ ___
  ___04 NOT LISTED ___11 NO REGISTERED AGT.
  ___05 WRONG ADDRESS ___12 OTHER REASONS         _____    ___:___ ___
  ___06 NO SUCH ADDRESS ___13 OUT OF COUNTY

                                                  _____    ___:___ ___

FEE   .00   MILEAGE   .00   TOTAL   .00                              SG20

**PROOF OF SERVICE**

        I hereby certify that on March 26, 2008, I electronically filed plaintiff's Memorandum for Return of Service using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| William S. Thomas | Stuart M. Brody |
| Rabbitt, Pitzer & Snodgrass, P.C. | Sneckenberg, Thompson & Brody, LLP |
| 100 S. Fourth Street, Ste. 400 | 161 N. Clark Street, Ste. 3575 |
| St. Louis, MO 63102 | Chicago, IL 60601 |
| (314) 421-5545; Fax (314) 421-3144 | (312) 782-9320 |
| thomas@rabbittlaw.com | smb@stbtrial.com |

        NEVILLE, RICHARDS & WULLER, LLC

        _____/s/ Matthew C. Zittel_____
        Matthew C. Zittel #06244183
        5 Park Place Professional Centre
        Belleville, IL 62226
        (618) 277-0900 Fax (618) 277-0970
        Attorneys for plaintiff