IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HAMILTON BEACH/PROCTOR-SILEX, )<br>INC., )<br>) <br>    Defendant. | Case No. 3:08-cv-125 DRH |

## ORDER

Currently pending before the Court is the Defendant's "Demand for a Bill of Particulars" (Doc. 4).

In this motion, the Defendant references 735 ILCS 5/2-607 as the basis of the motion. This Court does not follow the statutes of the State of Illinois regarding matters of pleading. The parties in a federal lawsuit are to be guided by the Federal Rules of Civil Procedure and the Court's local rules.

Accordingly, this Defendant's Demand for a Bill of Particulars (Doc. 4) is **DENIED without prejudice**. All future motions must comply with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

**DATED:** April 4, 2008

                                                 s/ *Donald G. Wilkerson*
                                                 **DONALD G. WILKERSON**
                                                 **United States Magistrate Judge**