IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY )<br>a subsidiary of NATIONWIDE )<br>INSURANCE as subrogee of )<br>MICHAEL and MELISSA UNGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAMILTON BEACH/PROCTOR-SILEX, )<br>INC., )<br>)<br>Defendant. ) | Case No. 3:08-cv-00125-WDS-DGW<br><br>Honorable Chief Judge Herndon<br><br>Donald G. Wilkerson, Magistrate Judge |

## MOTION FOR A PRETRIAL SCHEDULING AND DISCOVERY CONFERENCE and/or A SETTLEMENT CONFERENCE

NOW COMES the Plaintiff, Depositors Insurance Company (a subsidiary of Nationwide Insurance) a/s/o Unger, by and through its attorneys, Sneckenberg, Thompson & Brody, LLP, and pursuant to SDIL-LR 16.2 and Federal Rule of Civil Procedure 26, and hereby requests that this Honorable Court set a Pretrial Scheduling and Discovery Conference, and pursuant to Local Rule 16.3, hereby moves this Honorable Court to schedule this matter for a Settlement Conference. In support of this motion, Plaintiff states as follows:

1. This matter arises out of a fire incident which occurred on January 23, 2006 at the Plaintiff subrogor's residence at 12530 Tree Line Drive, Highland, Illinois 62249.

2. The fire appears to have originated at and within the Hamilton Beach toaster.

Depositors Insurance Company v. Hamilton Beach/Proctor-Silex, Inc.　　　　Doc. 15

Dockets.Justia.com

3. The Defendant was provided notice of the fire incident and participated in the Cause & Origin investigation. The experts for the Plaintiff and the Defendant were on site and have completed several joint inspections since that time.

4. The subject toaster components appear to be the same or similar to the components of toaster models which have previously been the subject of recall notices. Furthermore, the mechanism and failure in this incident (causing this fire) appears to be the same or similar to the incidents and warnings related to the toaster models which have previously been the subject of recall notices.

5. After the last joint inspection, Defendant's prior counsel requested that we engage in settlement discussions, but those negotiations never came to fruition because of Defendant's demand for pre-litigation depositions. Nevertheless, there appeared to be an interest and willingness on the part of both parties to engage in those discussions.

6. This suit was thereafter filed on January 17, 2008 in the Third Judicial Circuit of Madison County, Illinois.

7. The case was removed to the Southern District on or about February 25th, 2008.

8. To date, there does not appear to have been any scheduling of a Local Rule 16.2 and Federal Rule of Civil Procedure 26 Pretrial Scheduling and Discovery Conference.

9. Also, under Local Rule 16.3, the parties may request a Settlement Conference at any time during the course of the litigation.

10. Thus, the Plaintiff requests that a Local Rule 16.2 and Federal Rule of Civil Procedure 26 Pretrial Scheduling and Discovery Conference be set on a date certain.

11. Lastly, before the parties begin to conduct discovery and expend an inordinate amount of time and costs and expenses on this litigation, it appears that a Settlement Conference might be fruitful on this case. Therefore, the Plaintiff requests that the Honorable Judge Herndon conduct a Settlement Conference on this matter so that the parties may have the opportunity to settle this matter prior to any discovery having to be conducted.

WHEREFORE, the Plaintiff, Depositors Insurance Company (a subsidiary of Nationwide Insurance) a/s/o Unger, hereby requests that this Honorable Court set a Pretrial Scheduling and Discovery Conference, and pursuant to Local Rule 16.3, also schedule this matter for a Settlement Conference.

/s/Stuart M. Brody
Stuart M. Brody

Sneckenberg, Thompson & Brody, LLP
161 North Clark Street
Suite 3575
Chicago, IL 60601
Phone No. (312) 782-9320
E-Mail: smb@stbtrial.com