# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY a subsidiary of NATIONWIDE INSURANCE as subrogee of MICHAEL and MELISSA UNGER, <br><br> Plaintiff, <br><br> v. <br><br> HAMILTON BEACH/PROCTOR-SILEX, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) Case No. 3:08-cv-00125-WDS-DGW ) ) Honorable Chief Judge Herndon ) ) Donald G. Wilkerson, Magistrate Judge ) |

## NOTICE OF FILING

TO:  Please see attached Service List.

**PLEASE TAKE NOTICE** that on the 11th day of June, 2008, we have caused to be filed with the Clerk of the Southern District of Illinois, **Motion for a Pre-Trial Scheduling and Discovery Conference and/or a Settlement Conference,** a copy which is attached hereto and is hereby served upon you.

Respectfully Submitted,

/s/ STUART M. BRODY
One of Plaintiff's Attorneys

Stuart M. Brody
SNECKENBERG, THOMPSON & BRODY, LLP
161 North Clark Street
Suite 3575
Chicago, IL 60601
Phone No. (312) 782-9320
smb@stbtrial.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instruments were served upon all counsel of record pursuant to ECF as to Filing Users, on this 11th day of June, 2008.

/s/ STUART M. BRODY

Depositors Insurance Company v. Hamilton Beach/Proctor-Silex, Inc.    Doc. 16

Dockets.Justia.com