IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**NOTICE OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS**


DATE:   6/12/08

CASE NO. :08-125-DRH                    CASE NAME: Depositors Insurance vs Hamilton

DOCUMENT NO.: 15 & 16              DOCUMENT TITLE: Motion and Notice


One of the following errors/deficiencies has been identified in the document listed above:

⊠       Other: A certificate of service should be the last page of the document . Please refer to
          section 2.0 page 2.4 of the CM/ECF User's Manual.  A notice of filing is not
          required in this Court.


**ACTION TAKEN BY CLERK'S OFFICE**


⊠       Other: Notice is being sent for informational purposes for future filings.


**ACTION REQUIRED BY FILER**


⊠       **NO FURTHER ACTION REQUIRED BY FILER**

                              Norbert G. Jaworski
                              Clerk of Court



                              By:   s/Tamra Baugh
                                    Deputy Clerk

Dockets.Justia.com