IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Depositors Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 08-cv-125-DRH-DGW |
| ) | |
| Hamilton Beach/Proctor-Silex, Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO COUNSEL

Pursuant to SDIL-LR 16.2(a) and Federal Rule of Civil Procedure 26(f), an initial pretrial scheduling and discovery conference, is hereby set before <u>Honorable Donald G. Wilkerson</u> via telephone conference call on **July 21, 2008 at 1:30 p.m.** Counsel for the Plaintiff shall be responsible for placing the conference call to the Court and opposing counsel. The telephone number for the Court for this conference is (618) 482-9004.

The parties are to submit a Joint Report and Proposed Scheduling and Discovery Order using the form provided in the Local Rules, **seven days** before the conference. The Joint Report and Proposed Scheduling and Discovery Order should be in word perfect format and shall be e-mailed to dgwpd@ilsd.uscourts.gov.

The Joint Report of Parties and Proposed Scheduling and Discovery Order, consented to and signed by each party or by an attorney of record, <u>may</u>, at the Judge's discretion, be deemed to satisfy the requirements of SDIL-LR 16.2(a).

The conference call is mandatory in all Track D proposed class action cases. See, SDIL-LR23.1. In all other cases, the conference call <u>may</u> be cancelled at the discretion of Judge Wilkerson if the parties submit a timely Joint Report and Proposed Scheduling and Discovery Order.

Dated: June 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　　NORBERT G. JAWORSKI
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　　*By:* <u>*s/ Jackie Payton*</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Deputy Clerk*

**Forms referenced in this document are available, free of charge, downloadable from the district court web site at www.ilsd.uscourts.gov or from the Clerk's Office for a fee. Copies of the new forms are included as attachments in the July, 2003 revision of the Local Rules.**