IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEPOSITORS INSURANCE COMPANY**,

    **Plaintiff,**

v.

**HAMILTON BEACH/
PROCTOR-SILEX, Inc.,**

    **Defendant.**             Case No. 08-cv-125-DRH

### ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management purposes, in particular to remind both Plaintiff and Defendant of their obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1**, by filing a corporate disclosure statement. Thus, the Court **ORDERS** both Parties to each file their disclosure statement on or before **October 24, 2008**.

    **IT IS SO ORDERED.**

    Signed this 14th day of October, 2008.

    /s/     David R Herndon

**Chief Judge
United States District Court**