IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY <br> a subsidiary of NATIONWIDE <br> INSURANCE as subrogee of <br> MICHAEL and MELISSA UNGER, <br><br> Plaintiff, <br><br> v. <br><br> HAMILTON BEACH/PROCTOR-SILEX, <br> INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:08-cv-00125-WDS-DGW <br> ) <br> ) Honorable Chief Judge Herndon <br> ) <br> ) Donald G. Wilkerson, Magistrate Judge <br> ) |

**PLAINTIFF, DEPOSITORS INSURANCE'S DISCLOSURE STATEMENT**

NOW COMES the Plaintiff, DEPOSITORS INSURANCE COMPANY, by and through its attorneys, SNECKENBERG, THOMPSON & BRODY, LLP, and for its Disclosure Statement pursuant to Rule 7.1, hereby states as follows:

1. Pursuant to Rule 7.1, the Plaintiff, Depositors Insurance Company, is 100% owned by Allied Group, Inc.,and Allied Group, Inc. is 100% owned by Nationwide Mutual Insurance Company.

2. No publicly held corporation owns more than 10% or more of the Depositors Insurance stock.

Respectfully Submitted,

/s/ Stuart M. Brody
Stuart M. Brody
SNECKENBERG, THOMPSON & BRODY, LLP
161 North Clark Street, Suite 3575
Chicago, IL 60601
Phone No. (312) 782-9320
Fax No. (312) 782-3787
smb@stbtrial.com

Depositors Insurance Company v. Hamilton Beach/Proctor-Silex, Inc.　　　　Doc. 28

Dockets.Justia.com

## **CERTIFICATE OF SERVICE**

The undersigned represents that he filed the foregoing Corporate Disclosure Statement on the CM/ECF system on October 23rd, 2008, which served Notice upon all parties of record.

S/ STUART M. BRODY
Stuart M. Brody