IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY (A SUBSIDIARY OF NATIONWIDE INSURANCE) AS SUBROGREE OF MICHAEL AND MELISSA UNGER, <br><br>Plaintiff, <br><br>vs. <br><br>HAMILTON BEACH/PROCTOR-SILEX, INC., <br><br>Defendant. | Case No.: 3:08-cv-00125-DRH-DGW |

## *DEFENDANT HAMILTON BEACH/PROCTOR-SILEX, INC.'S CORPORATE DISCLOSURE STATEMENT*

Pursuant to Federal Rule of Civil Procedure 7.1(a), notice is hereby given by counsel of record for Defendant Hamilton Beach/Proctor-Silex, Inc. that the following corporate interests are disclosed:

1. The parent company of the corporation: The parent company of Hamilton Beach Brands, Inc. (f/k/a Hamilton Beach/Proctor-Silex, Inc.) is Hamilton Beach, Inc. Housewares Holding Company is the parent corporation of Hamilton Beach, Inc. NACCO Industries, Inc. is the parent corporation of Housewares Holding Company. NACCO Industries, Inc. is a publicly traded company.

2. Any publicly held company that owns ten percent (10%) or more of the corporation's stock: Hamilton Beach Brands, Inc. (f/k/a Hamilton Beach/Proctor-Silex, Inc.) is an indirect wholly owned subsidiary of NACCO Industries, Inc. NACCO Industries, Inc. is a publicly traded company.

/s/William S. Thomas
William S. Thomas   #6227180
Ralph E. Altmann   #6284649
Attorney for Defendant
RABBITT, PITZER & SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

## AFFIDAVIT OF SERVICE

I, the undersigned, certify that copy of the foregoing has been electronically served on all counsel of record via the Court's CM/ECF system, or U.S. mail for parties not registered with CM/ECF, on this 24th day of October, 2008.

Mr. Matthew C. Zittel
5 Park Place Professional Centre
Belleville, Illinois 62226

Stuart M. Brody
Attorney for Plaintiff
161 N. Clark, Suite 3575
Chicago, IL 60601

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/William S. Thomas