IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY (A SUBSIDIARY OF NATIONWIDE INSURANCE) AS SUBROGREE OF MICHAEL AND MELISSA UNGER,<br><br>    Plaintiff,<br><br>vs.<br><br>HAMILTON BEACH/PROCTOR-SILEX, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:08-cv-00125-DRH-DGW<br>)<br>)<br>)<br>)<br>)<br>) |

## *MOTION FOR ENTRY OF PROTECTIVE ORDER OF CONFIDENTIALITY*

Comes now Defendant Hamilton Beach/Proctor-Silex, Inc., on behalf of all parties hereto, and moves this Court enter the attached Protective Order of Confidentiality as agreed by all parties.

 

/s/William S. Thomas
William S. Thomas  #6227180
Ralph E. Altmann  #6284649
Attorney for Defendant
RABBITT, PITZER & SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

## AFFIDAVIT OF SERVICE

I, the undersigned, certify that copy of the foregoing has been electronically served on all counsel of record via the Court's CM/ECF system, or U.S. mail for parties not registered with CM/ECF, on this 7th day of November, 2008.

    Mr. Matthew C. Zittel
    5 Park Place Professional Centre
    Belleville, Illinois 62226

    Stuart M. Brody
    Attorney for Plaintiff
    161 N. Clark, Suite 3575
    Chicago, IL 60601

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

                                               /s/William S. Thomas