IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY<br>a subsidiary of NATIONWIDE<br>INSURANCE as subrogee of<br>MICHAEL and MELISSA UNGER,<br><br>      Plaintiff,<br><br>v.<br><br>HAMILTON BEACH/PROCTOR-SILEX,<br>INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:08-cv-00125-WDS-DGW<br>)<br>) Honorable Chief Judge Herndon<br>)<br>) Donald G. Wilkerson, Magistrate Judge<br>) |

## NOTICE OF FILING

TO:    Please see attached Service List.

**PLEASE TAKE NOTICE** that on the 5th day of March, 2009, we have caused to be filed with the Clerk of the Southern District of Illinois, **Plaintiff's Motion to Compel**, a copy which is attached hereto and is hereby served upon you.

                              Respectfully Submitted,

                              /s/ STUART M. BRODY
                              One of Plaintiff's Attorneys

Stuart M. Brody
SNECKENBERG, THOMPSON & BRODY, LLP
161 North Clark Street
Suite 3575
Chicago, IL 60601
Phone No. (312) 782-9320
smb@stbtrial.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instruments were served upon all counsel of record pursuant to ECF as to Filing Users, on this 5th day of March, 2009.

                              /s/ STUART M. BRODY

Depositors Insurance Company v. Hamilton Beach/Proctor-Silex, Inc. Doc. 33

Dockets.Justia.com