IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DATE:  3/6/09

CASE NO. :08-125-DRH             CASE NAME: Depositors Ins. Vs Hamilton Beach

DOCUMENT NO: 32             DOCUMENT TITLE: Notice/Acknowledgment

One of the following errors/deficiencies has been identified in the document listed above:

☒    Certificate of Service is missing in Doc. 32, but is filed at doc 33  as a Notice/
     Acknowledgment. The certificate of service should be the last page of your document not
     a separate entry.

### ACTION TAKEN BY CLERK'S OFFICE

☒    Other: Document changed to reflect that the document filed at doc 69 is a notice/
            certificate of service.

### ACTION REQUIRED BY FILER

☒    Other: The filer needs to serve each party in this case with a copy of Doc. 32.
             In the future , please be sure to include a certificate of service on all pleadings
            e-filed or filed with this Court.

                                        Keenan G.Casady
                                        Clerk of Court


                                    By:__s/Tamra Baugh_____
                                           Deputy Clerk