IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY (A SUBSIDIARY OF NATIONWIDE INSURANCE) AS SUBROGEE OF MICHAEL AND MELISSA UNGER,<br><br>Plaintiff,<br><br>vs.<br><br>HAMILTON BEACH/PROCTOR-SILEX, INC.,<br><br>Defendant. | Case No.: 3:08-cv-00125-DRH-DGW |

## *DEFENDANT HAMILTON BEACH/PROCTOR-SILEX, INC.'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT II OF PLAINTIFF'S COMPLAINT*

COMES NOW defendant Hamilton Beach/Proctor-Silex, Inc., pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1, and submits this Statement of Uncontroverted Material Facts in Support of Its Motion for Partial Summary Judgment on Count II—Failure to Warn—of Plaintiff's Complaint.

### STATEMENT OF UNCONTROVERTED MATERIAL FACTS

1. On January 23, 2006, a fire occurred at the residence located at 12530 Tree Line Drive, Highland, Illinois and owned by Michael and Melissa Unger. (Complaint ¶¶ 1, 5).

2. As the subrogee of Michael and Melissa Unger, plaintiff Depositors Insurance Company brought this suit alleging the Toastation toaster oven owned by the Ungers and

manufactured by defendant Hamilton Beach/Proctor Silex, Inc. ("Hamilton Beach") caused the fire. (Complaint ¶¶ 6, 7).

3. In Count II of its Complaint, which is labeled "Failure to Warn," plaintiff alleges: "[Hamilton Beach] did not provide any warnings (nor adequate warnings) of the imminent dangers presented by the toaster oven, nor any warnings as to its danger or potential for fire in this manner." (Complaint ¶ 24). Plaintiff also alleges: "[a]s a direct and proximate result of the subject toaster oven being sold without proper and/or adequate warnings, the Unger residence and property were damaged by fire." (Complaint ¶ 26).

4. Mr. Unger purchased the Hamilton Beach Toastation—a combination toaster and toaster oven—as a present for Mrs. Unger the Christmas of 2005. (Melissa Unger Depo. 44:18-45:4, attached hereto and incorporated as Exhibit 1) (Michael Unger Depo. 43:23-44:1, attached hereto and incorporated as Exhibit 2). Mr. Unger purchased the Toastation brand new. (Michael Unger 44:19-24).

5. The User Manual for the Toastation states: **"READ BEFORE USE"** on the cover page of the manual. (Unger Depo. Exhibit J, page 0001, attached hereto and incorporated as Exhibit 3). Mrs. Unger agrees the User Manual states this. (Melissa Unger Depo. 78:7-9).

6. Mr. Unger never read the Toastation User Manual or any other literature accompanying the Toastation prior to the fire. (Michael Unger depo. 45:3-6; 52:10-18). At the time of the fire, Mr. Unger was not aware whether there were any warnings about the use of the Toastation in the User Manual. (Michael Unger depo. 52:19-21).

7. Mr. Unger was aware at the time of the fire that any electrical product could be a fire hazard if misused or if the instructions are not followed. (Michael Unger depo. 52:25-53:13).

8. Mrs. Unger does not remember whether she read the Toastation User Manual or any other literature accompanying the Toastation prior to using the product. (Melissa Unger depo. 53:3-7; 54:3-5; 77:17-78:2). Mrs. Unger also does not remember whether prior to her use of the Toastation and prior to the fire she was aware of any of the warnings contained in the User Manual. (Melissa Unger Depo. 76:10-12).

9. Mrs. Unger was aware at the time of the fire that any product, if misused, could be a hazard. (Melissa Unger Depo. 77:1:8).

10. At the top of Page 2 of the Toastation User Manual there is an exclamation point in a triangle followed by "**WARNING.**" Under the word "**WARNING**" there is a depiction of a fire and the words "**Fire Hazard**" in bold. Following this, there are several bolded bullet points, a few of which read:

- **Do not operate unattended while in Toast mode.**
- **Do not cover or use near curtains, walls, cabinets, paper or plastic products, cloth towels, etc. Keep 2 to 4 inches (2.5 cm) away from wall or any objects on countertop.**
- **Always unplug toaster oven when not in use.**
- **Regular cleaning reduces risk of fire hazard.**
- **Failure to follow these instructions can result in death or fire.**

(Unger Depo. Exhibit J, page 0002).

3

{00494705.DOC;1}

11. Mrs. Unger agrees that the User Manual contains these warnings, and Mrs. Unger believes that these warnings are clear. (Melissa Unger Depo. 78:10-79:13; 79:14-80:21). Mrs. Unger believes that nothing in these warnings is inadequate or failed to warn about the risk of fire if the Toastation was misused or the instructions not followed. (Melissa Unger Depo. 80:22-81:3).

12. Page 2 of the Toastation User Manual also has the words "**IMPORTANT SAFEGUARDS**" near the middle of the page. Under these words its states: "[w]hen using electrical appliances, basic safety precautions should always be followed, including the following:

    1.    Read all instructions.

    5.    Unplug from outlet when not in use and before cleaning. Allow to cool before cleaning appliance and putting on or taking off parts.

    6.    Do not operate any appliance with a damaged cord or plug, or after the appliance malfunctions or is dropped or damaged in any manner. Call our toll-free customer assistance number for information on examination, repair or adjustment.

    16.    A fire may occur if the toaster oven is covered, touching or near flammable material, including curtains, draperies, walls, and the like, when in operation. Do not store any item on top of the appliance when in operation.

    24.    Before using this appliance, move it 2 to 4 inches away from wall or any object on the countertop. Remove any object that may have been placed

{00494705.DOC;1}

on top of the appliance. Do not use on surfaces where heat may cause a problem.

(Unger Depo. Exhibit J, page 002-003).

13. Page 7 of the Toastation User Manual instructs that when the indicator light of the oven stays on, indicating that the power is staying on, to "[t]urn ON/OFF Knob to OFF. If light stays on, unplug unit and call [Hamilton Beach's] toll-free customer service number for information on examination, repair or electrical or mechanical adjustment. Do not continue to use your toaster oven." (Unger Depo. Exhibit J, page 0007).

14. Mrs. Unger alleges that once when she used the oven mode of the Toastation prior to the fire, the toaster oven would not power itself off. (Melissa Unger Depo. 57:25-59:12). Mrs. Unger continued to use the product after this alleged event, and does not remember contacting Hamilton Beach about the alleged occurrence. (Melissa Unger Depo. 59:13-15; 60:5-7).

15. Page 5 of the Toastation User Manual provides that toaster pastries, such as Pop Tarts, should be heated in the oven mode of the Toastation. Specifically, the Manual states, "[d]o not heat [Pop Tarts] in toaster—use toaster oven portion of Toastation with Mode Selector set to oven position. NEVER heat cracked, broken, or warped pastries, and NEVER leave unattended." (Unger Depo. Exhibit J, page 0007).

16. Mrs. Unger made Pop Tarts in the Toastation the night of the fire. (Melissa Unger Depo. 63:25-64:16). She used the toaster mode of the Toastation to make the Pop Tarts, not the oven mode as instructed by the User Manual. (Melissa Unger Depo. 66:13-15; 71:2-5; 84:8-10).

17. Mrs. Unger does not remember whether she unplugged the Toastation following its use on the night of the fire. (Melissa Unger depo. 71:18-20).

{00494705.DOC;1}

/s/William S. Thomas
William S. Thomas #6227180
Attorney for Defendant
RABBITT, PITZER & SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

## AFFIDAVIT OF SERVICE

I, the undersigned, certify that copy of the foregoing has been electronically served on all counsel of record via the Court's CM/ECF system, or U.S. mail for parties not registered with CM/ECF, on this 29th day of April, 2009.

Mr. Matthew C. Zittel
5 Park Place Professional Centre
Belleville, Illinois 62226

Stuart M. Brody
Attorney for Plaintiff
161 N. Clark, Suite 3575
Chicago, IL 60601

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/William S. Thomas