IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 5/22/09

CASE NO. :08-125-DRH                    CASE NAME: Depositors Insurance Co vs
                                                   Hamilton Beach et al

DOCUMENT NO.: 48                    DOCUMENT TITLE: Motion to Extension of Time
                                    (Exhibit 1-proposed order )

One of the following errors/deficiencies has been identified in the document listed above:

☒     Other: Proposed documents are not to be electronically filed with the motion entry-
          refer to Section 2.0 page, Page 2.6 . of the CM/ECF Revised User's Manual.

### ACTION TAKEN BY CLERK'S OFFICE

☒     Other: The proposed order attached to the above motion entry has been deleted
          by the Clerk's Office.

### ACTION REQUIRED BY FILER

☒     Other:  Submit the proposed order as instructed by the Revised User's Manual.

                              Justine Flanagan
                              Acting Clerk of Court

                              By:__s/Tamra Baugh_____
                                   Deputy Clerk

Dockets.Justia.com