IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, ) <br> ) <br>    Plaintiff,    ) <br> ) <br> v.    ) <br> ) <br> HAMILTON BEACH/PROCTOR-SILEX, ) <br> INC.,    ) <br> ) <br>    Defendant.    ) | Case No. 08-cv-125 DRH |

## AMENDED SCHEDULING ORDER

Currently pending before the Court is Plaintiff's Motion for Additional Discovery and Corresponding Extension on the Briefing Schedule (Doc. 47) and an Agreed Motion for Additional Discovery and Corresponding Extension on the Briefing Schedule (Doc. 48). These motions are **GRANTED**; the following scheduling deadlines are **RESET**:

1. The settlement conference **remains set** for **June 3, 2009, at 9:00 a.m.** in the East St. Louis Federal Courthouse before United States Magistrate Judge Donald G. Wilkerson.

2. Discovery shall be completed by **August 7, 2009.**

3. Dispositive motions shall be filed by **August 21, 2009.**

4. A final pretrial conference will be set before the trial judge in accordance with SDIL-LR 16.2(b).

5. The presumptive trial month is **reset** to **December 2009**.

**DATED:** May 26, 2009

                                                      *s/ Donald G. Wilkerson*
                                                      **DONALD G. WILKERSON**
                                                      **United States Magistrate Judge**