IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-125 DRH |
| ) | |
| HAMILTON BEACH/PROCTOR-SILEX, ) | |
| INC., ) | |
| ) | |
| Defendant. | |

## AMENDED SCHEDULING ORDER

The Court held a Telephonic Status Conference in this matter on October 20, 2009. Based on the representations of the parties at that conference, the Court enters the following amended schedule:

1. The Settlement Conference held on June 3, 2009, is **RECONVENED** for **November 17, 2009, at 9:00 a.m.** before United States Magistrate Judge Donald G. Wilkerson in the East St. Louis Federal Courthouse. The parties shall refer to the Court's webpage for instructions regarding which necessary parties must attend the Settlement Conference.

2. Discovery is **REOPENED** and the Discovery Cutoff is **RESET** for **December 20, 2009.**

3. Expert Depositions shall be completed by **January 20, 2010.**

4. The presumptive trial month is **RESET** to **April 2010.**

5. No further extensions of time will be granted.

**IT IS SO ORDERED.**

**DATED: October 21, 2009**

                                                                                    s/ *Donald G. Wilkerson*
                                                                                    **DONALD G. WILKERSON**
                                                                                    **United States Magistrate Judge**