IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY (A SUBSIDIARY OF NATIONWIDE INSURANCE) AS SUBROGREE OF MICHAEL AND MELISSA UNGER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HAMILTON BEACH/PROCTOR-SILEX, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 3:08-cv-00125-DRH-DGW<br>)<br>)<br>)<br>)<br>) |

## *STIPULATION FOR DISMISSAL*

It is hereby stipulated by and between plaintiff and defendant that all claims and causes of action against all parties shall be dismissed with prejudice and that each party shall bear its court costs.

_____
Stuart M. Brody
Attorney for Plaintiff
161 N. Clark, Suite 3575
Chicago, IL 60601

_____
William S. Thomas   #6227180
Ralph E. Altmann   #6284649
Attorney for Defendant
RABBITT, PITZER & SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)