IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS**

DATE: 1/26/10

CASE NO. : 08-125-DRH     CASE NAME: Depositors Ins. vs Hamilton Beach

DOCUMENT NO.: 64     DOCUMENT TITLE: Stipulation of Dismissal

One of the following errors/deficiencies has been identified in the document listed above:

☒     Certificate of Service is missing.

**ACTION TAKEN BY CLERK'S OFFICE**

☒     Other: This document is being sent for informational purposes only.

**ACTION REQUIRED BY FILER**

☒     Other: Even though the document is consented to, a certificate of service is still required. In the future, please be sure to include a certificate of service on all pleadings e-filed or filed with this Court.

Nancy Rosenstengal
Clerk of Court

By: __s/Tamra Baugh_____
Deputy Clerk

Dockets.Justia.com