# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEPOSITORS INSURANCE COMPANY**
**(A SUBSIDIARY OF NATIONWIDE**
**INSURANCE) AS SUBROGEE OF**
**MICHAEL AND MELISSA UNGER,**

    **Plaintiff,**

**v.**

**HAMILTON BEACH/PROCTOR-SILEX, INC.**

    **Defendant.**                                               **Case No. 08-cv-125-DRH**

## ORDER

**HERNDON, Chief Judge:**

        Before the Court is the Parties' Stipulation for Dismissal With Prejudice (Doc. 64). For good cause shown the Court hereby **ACKNOWLEDGES** said Stipulation and as such, finds that all of Plaintiff's claims against Defendant, as plead in the Complaint are **DISMISSED WITH PREJUDICE**, with each Party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

        **IT IS SO ORDERED.**

        Signed this 25th day of January, 2010.

                                              /s/    DavidRHerndon

                                              **Chief Judge**
                                              **United States District Court**