IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEPOSITORS INSURANCE COMPANY
(A SUBSIDIARY OF NATIONWIDE
INSURANCE) AS SUBROGEE OF
MICHAEL AND MELISSA UNGER,

      Plaintiff,

v.

HAMILTON BEACH/PROCTOR-SILEX, INC.

      Defendants.                           Case No. 08-cv-125-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 25, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                              BY:      /s/*Sandy Pannier*
                                              **Deputy Clerk**

Dated: January 28, 2010


APPROVED:   /s/ *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT